# IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Keith Dougherty | : | |
| Keith Dougherty Investments & Con- | : | |
| sulting LLC (SMLLC) | : | |
| Assignee of Bill's Mechanical and | : | |
| Welding (Fictitious name) | : | |
| Sole Proprietor Larry Runk II | : | |
| | : | |
| **Plaintiff(s),** | : | |
| | : | |
| | : | Civil Action NO: 1:14-CV-480 |
| | : | NO: 1:14=CV-922 |
| v. | : | |
| | : | |
| | : | CV- 2011-2531 DCCP,  14-529 CCCP |
| **ERIE Insurance Exchange aka** | : | |
| **ERIE Insurance ®** | : | |
| **Greg Garrity (ERIE Agent)** | : | |
| **Jim Burkholder (ERIE Adjuster)** | : | |
| **Robert Simmonds (ERIE** | : | |
| **Investigator)** | : | |
| **Nicole R. Gehret (ERIE SR,** | : | |
| **Liability Adjuster)** | : | |
| | : | |
| **Cumberland County Insurance** | : | **Christopher Conner (Judge)** |
| **Fraud investigator R.G. Smith** | : | |
| **Individually  and in his official** | : | |
| **Capacity and the Cumberland** | : | |
| **Insurance Fraud Unit** | : | |
| **President Judge Hess** | : | |
| **Cumberland County** | : | |
| **Judge Bratton Dauphin County** | : | |
| | : | **Filed Electronically** |
| | : | |
| **Defendant(s),** | : | |
| | : | **Jury Trial Demanded** |
| | : | |
| | : | |

---

## Motion for Emergency Hearing Preliminary Injunction against "Malicious Prosecution" under Gallo v. Philadelphia to Quash

1

the Arraignment scheduled for **6/19/2014 and confirm "assignment as lawful" Re: 14-529, CV-2011-2531, CR-226-13, CID20130500007**

_____

And now comes Keith Dougherty and files for an emergency hearing to seek preliminary injunction;

1. Keith Dougherty avers the RICO claim of 14-CV-922 was further necessitated by Cumberland County's effort to cover up the criminal conduct of its "defaulted defendants" in 14-CV-480.

2. The prime directive is to "void the 1st, 5th and 6th amendments" for any "self-represented" for profit owner of any "closely held for profit entity or individual" see Conestoga Wood Specialties 13-356 (Supreme Court 2013-2014 Term).

3. Preliminary Injunction is sought to "affirm assignment is lawful" and protected under the 1st Amendment.

4. Preliminary Injunction as to "arraignment of Larry Runk II scheduled for 6/19/2014" CR-226-13, CID20130500007 ; as a proper determination of "declaratory judgment" will "prove ERIE Conspired with CID" to circumvent ACT 78 by way of fraudulent application of 4117 (making the charge of Insurance Fraud as legally impossible).

5. Further the Best marital home refinance is being thwarted by a "real or imagined Lien" that cannot be produced but is supposedly out there and must be quashed.

## Conclusion

In accord with Stilp v. JOHN J. CONTINO and THOMAS W. CORBETT, JR., 1 :09-cv-00524-CCC (MD PA 2010 Preliminary Injunction is warranted. The "4/17/2014 "ordering of arraignment" after not being able to "extract a guilty plea" was "retaliation" for Larry Runk II refusing to drop the Civil Rights Action 14-CV-480" (and Judge Hess's Dismissal by way of granting ERIE's PO to "Declaratory Judgment", as the Sword of Damocles) is part of the cover-up".

**Respectfully Submitted,**

*[signature]*

**Keith Dougherty, CFP®, CLU®, IAR, EA**

**8075 Manada View Drive**
**Harrisburg, PA 17112-9383**
**866-391-7295**
**Fax: 866-255-2944**
**keithdoughertycfp@comcast.net**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. Michael Best pro se | : |
| Keith Dougherty pro se | : |
| President/Secretary of CUC of MD | : |
| Inc. Maryland Close Corp (S Corp) | : |
| (Director) of Ken & Jim CUC Inc. | : |
| Wholly owned subsidiary of CUC of | : |
| MD Inc. | : |
| Docson Consulting LLC (SMLLC) | : |
| | : |
| **Plaintiff(s),** | : |
| | : |
| | : Civil Action NO: 1: 14-CV-922 |
| v. | :             14-CV-480 |
| | : |
| **US Foods Inc. Delaware Division** | : |
| **Cluck U Corp** | : |
| **JP Haddad** | : |
| **Richard Daniels** | : |
| **Curtis Property Management aka** | : |
| **"the landlord"** | : |
| | : |
| **Cumberland County Sheriff's** | : |
| **Department; Cumberland County** | : |
| **Prothonotary** | : |
| | : |
| **President Judge Hess Cumberland** | : |
| **County Common Pleas** | : Christopher Conner (Judge) |
| **Judge Bratton Dauphin County** | : |
| **Common Pleas** | : |
| | :             **Filed Electronically** |
| | : |
| **Defendant(s),** | : |
| | :             **Jury Trial Demanded** |
| | : |

_____

## Order

_____

1

**And now this _____Day of _____, 2014 Preliminary Injunction is granted as Larry Runk II has been deemed to "assign" his ERIE Insurance Auto Claim, and has further "assigned his rights in assumpsit" to same to Keith Dougherty.**

**Further Larry Runk II has been deemed to have "lawfully assigned" his Legal Mal practice claims related to CV-2011-2531 and all rights in assumpsit with same to Keith Dougherty.**

**Further the arraignment proceedings scheduled for 6/19/2014 in Cumberland County Common Pleas are stayed until Declaratory Judgment related to 4117 and the ACT 78 claims associated with CR-226-13, CID20130500007 are resolved.**

**Any "lien" real or imagined related to US Foods Inc. as to the Best Marital Home is invalidated as a violation of Public Policy.**

_____

**Honorable Christopher Conner District Court Chief Judge**

## Certification of Non-Concurrence

**I Keith Dougherty do hereby certify Colin S. Haviland Counsel for Judge Hess and assumable Judge Bratton does not concur.**

**/S/ Keith Dougherty**

## Certification of Service

**I Keith Dougherty hereby certify a copy of the foregoing has been properly served by ECF:**

**Johnson, Duffie, Stewart & Weidner**
**Jeffrey B. Rettig, Esquire**
**301 Market Street**
**P. O. Box109**
**Lemoyne, Pennsylvania 17043-0109**
**(717) 761-4540**
**jbr@jdsw.com**

**Colin S. Haviland**
**Legal Counsel**
**Supreme Court of Pennsylvania**
**Administrative Office of PA Courts**
**1515 Market Street, Suite 1414**
**Philadelphia, PA 19102**
**colin.haviland@pacourts.us**

**(v) 215.560.6300**
**(f) 215.560.5486**

**/S/ Keith Dougherty**