IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. MICHAEL BEST,<br>KEITH DOUGHERTY,<br>MARYLAND CLOSE CORP, and<br>DOCSON CONSULTING, LLC.<br>     PLAINTIFFS,<br><br>v.<br><br>U.S. FOODS INC., DELAWARE<br>     DIVISION,<br>CLUCK U CORP,<br>J.P. HADDAD,<br>RICHARD DANIELS,<br>CUMBERLAND COUNTY<br>     SHERIFF'S DEPT.,<br>CUMBERLAND COUNTY<br>     PROTHONOTARY,<br>PRESIDENT JUDGE HESS, and<br>JUDGE BRATTON,<br>     DEFENDANTS. | CIVIL ACTION<br><br>No. 1:14-cv-00922<br><br><br><br>(Chief Judge Conner)<br><br><br>*ELECTRONICALLY FILED* |

MOTION TO DISMISS PLAINTIFFS' COMPLAINT FILED
ON BEHALF OF ALL DEFENDANTS

**NOW COME DEFENDANTS**, President Judge Hess and Judge Bratton, by and through undersigned counsel, and hereby move this Honorable Court to dismiss Plaintiffs' Complaint against them pursuant to the Federal Rules of Civil Procedure, Rules 12(b)(1), 12(b)(5), and 12 (b)(6), averring in support thereof as follows:

### A. Plaintiffs Fail To State A Claim Over Which This Honorable Court May Take Jurisdiction.

1. This Court lacks subject matter jurisdiction as Eleventh Amendment immunity bar's Plaintiffs' Complaint against President Judge Hess and Judge Bratton.

2. The court entities on which President Judge Hess and Judge Bratton sit are each not "a person" subject to suit under 42 U.S.C § 1983.

3. Plaintiffs have failed to properly serve President Judge Hess and Judge Bratton.

4. President Judge Hess and Judge Bratton are entitled to judicial immunity.

5. This court lacks jurisdiction over the claim pursuant to the *Rooker-Feldman* Doctrine.

### B. Plaintiffs Fail to State a Claim upon Which Relief Can Be Granted Against President Judge Hess and Judge Bratton.

1. Plaintiffs fail to allege facts sufficient to state a claim upon which relief may be granted.

2. Docson Consulting, LLC and Maryland Close Corp. must be dismissed because limited liability business entities cannot represent themselves *pro se*.

**WHEREFORE**, Defendants respectfully request this Honorable Court to enter an Order dismissing all claims against them, with prejudice.

**Dated: June 4, 2014**

>*/s/Colin S. Haviland*
>COLIN S. HAVILAND, ESQ.
>Attorney I.D. No. PA308969
>GERI ROMANELLO ST. JOSEPH, ESQ.
>Attorney I.D. No. PA84902
>Administrative Office of PA Courts
>1515 Market Street, Suite 1414
>Philadelphia, PA 19102
>(215) 560-6300
>legaldepartment@pacourts.us
>*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. MICHAEL BEST, KEITH DOUGHERTY, MARYLAND CLOSE CORP, and DOCSON CONSULTING, LLC.<br>    PLAINTIFFS,<br><br>v.<br><br>U.S. FOODS INC., DELAWARE DIVISION,<br>CLUCK U CORP,<br>J.P. HADDAD,<br>RICHARD DANIELS,<br>CUMBERLAND COUNTY SHERIFF'S DEPT.,<br>CUMBERLAND COUNTY PROTHONOTARY,<br>PRESIDENT JUDGE HESS, and<br>JUDGE BRATTON,<br>    DEFENDANTS. | CIVIL ACTION<br><br>No. 1:14-cv-00922<br><br><br><br>(Chief Judge Conner)<br><br><br>*ELECTRONICALLY FILED* |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on *June 4, 2014*, he personally caused to be served upon the following a true and correct copy of the foregoing *Motion to Dismiss*, via ECF and first class mail.

| | |
|---|---|
| R. Michael Best<br>6493 Carlisle Pike<br>Mechanicsburg, PA  17055<br>*Pro Se Plaintiff* | Keith Dougherty<br>Keith Dougherty Investments & Consulting LLC<br>8075 Manada View Drive<br>Harrisburg, PA  17112-0384<br>Email: keithdoughertycfp@comcast.net |

Page 1 of 2

| | |
|---|---|
| David Buell, Prothonotary<br>Cumberland County Court of<br>Common Pleas<br>1 Courthouse Square<br>Suite 100<br>Carlisle, PA 17013 | Cumberland County Sheriff's Office<br>1 Courthouse Square<br>3rd Floor<br>Carlisle, PA 17013 |

/s/**Colin S. Haviland**
COLIN S. HAVILAND, ESQ.
Attorney I.D. No. PA308969
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6300 Fax (215) 560-5486
legaldepartment@pacourts.us
*Attorney for Defendants*