## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. MICHAEL BEST *et al.*, | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | No. 1:14-cv-00922-CCC |
| v. | : | |
| | : | Chief Judge Christopher C. Conner |
| US FOODS, INC. *et al.*, | : | |
| | : | Jury Trial Demanded |
| Defendants. | : | |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
## (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, US Foods, Inc. (improperly sued as US Foods Inc. Delaware Division), makes the following disclosure:

1.    Is the party a non-governmental corporate party?

    __X__   YES     _____   NO

2.    If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

> **US Foods, Inc. is a wholly owned (100%) subsidiary of USF Holding Corp. USF Holding Corp. is a corporation formed and controlled by investment funds associated with or designated by Clayton, Dubilier & Rice, Inc., and Kohlberg Kravis Roberts & Co.**

3.      If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

**There is no publicly-held corporation that owns 10% or more of US Foods, Inc.'s stock.**

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

By: /s/ Joseph M. Cincotta
     Joseph M. Cincotta, Esquire
     Attorney I.D. No. PA 31844
     GIBBONS P.C.
     1700 Two Logan Square
     18th & Arch Streets
     Philadelphia, PA 19103-2769
     Tel:   215-665-0400
     Fax:   215-636-0366
     jcincotta@gibbonslaw.com

*Attorneys for Defendant*
*US Foods, Inc., improperly sued as*
*US Foods Inc. Delaware Division*

Dated:  June 4, 2014

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. MICHAEL BEST *et al.*, | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | No. 1:14-cv-00922-CCC |
| v. | : | |
| | : | Chief Judge Christopher C. Conner |
| US FOODS, INC. *et al.*, | : | |
| | : | Jury Trial Demanded |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies on June 4, 2014, the attached Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 of Defendant, US Foods, Inc. (improperly sued as US Foods Inc. Delaware Division) was filed with the Clerk of the Court for the United States District Court for the Middle District of Pennsylvania using the CM/ECF system, which will send notification of such filing upon all parties who have appeared, and was served via first-class mail by depositing it in a United States post office box in Philadelphia, Pennsylvania, enclosed in an envelope, plainly addressed with postage fully prepaid to the following:

#2091439 v1
112861-87441

Keith Dougherty
Keith Dougherty Investments &
Consulting LLC
8075 Manada View Drive
Harrisburg, PA  17112-0384

Keith Dougherty, President/Secretary of
CUC of MD Inc. and Director of Ken & Jim
CUC Inc., a wholly owned subsidiary of
CUC Inc. of MD Inc.
8075 Manada View Drive
Harrisburg, PA  17112-0384

R. Michael Best
6493 Carlisle Pike
Mechanicsburg, PA 17055

Maryland Close Corp (S Corp.)
8075 Manada View Drive
Harrisburg, PA  17112-0384

Docson Consulting LLC (SMLLC)
8075 Manada View Drive
Harrisburg, PA  17112

Cluck U Corp
14504 Greenview Drive
Suite 200
Laurel, MD 20708

JP Haddad
14504 Greenview Drive
Suite 200
Laurel, MD 20708

Richard C. Daniels, Esquire
Daniels & Daniels LLC
7309 Baltimore Ave.
Suite 217
College Park, MD 20740-3200

Sheriff's Department
Cumberland County Court of Common
Pleas
1 Courthouse Square
Room 303
Carlisle, PA 17013

Prothonotary
Cumberland County Court of Common
Pleas
1 Courthouse Square
Room 100
Carlisle, PA 17013

Colin S. Haviland, Esquire
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA  19102
*(Attorneys for Defendants, President
Judge Kevin A. Hess, and the
Honorable Bruce F. Bratton)*

4

#2091439 v1
112861-87441

Respectfully submitted,

By: /s/ Joseph M. Cincotta
    Joseph M. Cincotta, Esquire
    Attorney I.D. No. PA 31844
    GIBBONS P.C.
    1700 Two Logan Square
    18th & Arch Streets
    Philadelphia, PA 19103-2769
    Tel:   215-665-0400
    Fax:   215-636-0366
    jcincotta@gibbonslaw.com

    *Attorneys for Defendant*
    *US Foods, Inc., improperly sued as*
    *US Foods Inc. Delaware Division*

#2091439 v1
112861-87441