IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. MICHAEL BEST, pro se, <br> KEITH DOUGHERTY, pro se, <br> President/Secretary of CUC of <br> MD, Inc., MARYLAND CLOSE <br> CORP (S Corp) (Director) of <br> Ken & Jim CUC, Inc., wholly <br> owned subsidiary of CUC of MD, <br> Inc., DOCSON CONSULTING, <br> LLC (SMLLC), <br>       Plaintiffs <br><br>            v. <br><br> US FOODS, INC., Delaware <br> Division, CLUCK U CORP., J.P. <br> HADDAD, RICHARD DANIELS, <br> CUMBERLAND COUNTY <br> SHERIFF'S DEPARTMENT, <br> CUMBERLAND COUNTY <br> PROTHONOTARY, PRESIDENT <br> JUDGE HESS, Cumberland County <br> Common Pleas, and JUDGE <br> BRATTON, Dauphin County <br> Common Pleas, <br>       Defendants | CIVIL ACTION 1:14-CV-00922-CCC <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

**<u>ENTRY OF APPEARANCE</u>**

TO THE PROTHONOTARY:

Kindly enter the appearance of the undersigned as counsel on behalf of Defendant, **RICHARD DANIELS**, with respect to the above-referenced matter.

        Respectfully submitted,

        **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

        /s/ *Timothy J. McMahon*
        Timothy J. McMahon, Esquire
        I.D. No. 52918
        100 Corporate Center Drive, Suite 201
        Camp Hill, PA 17011
        (717) 651-3505

Dated:  June 4, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing document in the above-captioned matter this date via ECF system or U.S. Mail, postage prepaid, which services satisfies the Federal Rules of Federal Procedure, addressed to:

**Via Email:  bestautosales1@gmail.com**
R. Michael Best
6493 Carlisle Pike
Mechanicsburg, PA  17050

**Via Email: keithdoughertycfp@comcast.net**
Keith Dougherty
8075 Manada View Drive
Harrisburg, PA  17112

US Foods, Inc.
13 Rutledge Drive
Pittston, PA  18640

Cluck U Corp.
14504 Greenview Drive, Suite 200
Laurel, MD  20708

J. P. Haddad
c/o Cluck U Corp.
14504 Greenview Drive, Suite 200
Laurel, MD  20708

Cumberland County Sheriff's Department
One Courthouse Square, Room 303
Carlisle, PA  17013

05/1228345.v1

Cumberland County Prothonotary
One Courthouse Square
Carlisle, PA  17013

**Via Email:  legaldepartment@pacourts.us**
Colin S. Haviland, Esquire
Supreme Court of Pennsylvania
Administrative Offices of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA  19102
*Counsel for Judge Kevin A. Hess sand Judge Bruce F. Bratton*

**Via Email:  EASchwartz@mdwcg.com**
Edward Schwartz, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA  17011
*Counsel for Attorney Kodak*

Curtis Property Management
5620 Linda Lane
Temple Hills, MD  20748

/s/*Timothy J. McMahon*
Timothy J. McMahon, Esquire
I.D. No. 52918
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
(717) 651-3505

05/1228345.v1