## IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSLVANIA

| | | |
|---|---|---|
| R. Michael Best | : | |
| Keith Dougherty | : | |
| Docson Consulting LLC (SMLLC) | : | |
| Keith Dougherty Investments & Consulting | : | |
| LLC (SMLLC) | : | |
| | : | |
| | : | |
| **Plaintiff(s),** | **: Civil Action NO: 1:14-CV-922** | |
| | **:** | |
| **v.** | **:** | |
| **U.S. Food Inc et al** | **:** | |
| | **:** | **Frederick Motz (Judge)** |
| | **:** | |
| | **:** | **Filed Electronically** |
| | **:** | |
| | **:** | |
| **Defendant(s),** | **:** | |
| | **:** | **Jury Trial Demanded** |
| | **:** | |
| | **:** | |
| | **:** | |

_____

**Plaintiff's Motion to Strike Richard Daniels Motion to Dismiss
and Enter Default against Richard Daniels**
_____

**And now comes Keith Dougherty and R. Michael Best pro se and
seek to strike Defendant Richard Daniels Motion to Dismiss as not
compliant with Federal Pleading Requirements.**

**1.      As Defendant was properly served 5/22014 a "responsive
pleading was due no later than 6/12/2014.**

**2.      Summons Return Executed was entered in the Record as of
6/4/2014 Doc 18.**

3.      Counsel for Defense entered appearance on or about

6/10/2014.

4.      Counsel did file a motion to dismiss Doc. 41 6/10/2014

without supporting brief.

   LR 7.5 Submission of Briefs Supporting Motions.

   If a supporting brief is not filed within the time provided in
   this rule the motion shall be deemed to be withdrawn.

5.      No motion or request to extend time to file having been

sought the motion is deemed "withdrawn" under local rule.

6.      Having failed to plead and defend which requires more than

"entry of appearance" default is in order.

### Prayer For Relief

   As Defense Counsel for Richard Daniels, have failed to
   "timely respond" and or "file the supportive brief" required
   under Rule within the 21 days allowed by Congress (and
   their opponent has properly cited the Rules in opposition)
   Daniels's "motion to dismiss is stricken"; the clerk shall
   enter default against Richard Daniels.

   Only Supreme Court opinions are relevant.


Respectfully Submitted,



**Keith Dougherty, CFP®, CLU®, IAR, EA**
**Sole Member Keith Dougherty Investments & Consulting LLC**
**8075 Manada View Drive**
**Harrisburg, PA 17112-9383**
**866-391-7295**
**keithdoughertycfp@comcast.net**

R. Michael  Best
6493 Carlisle Pike
Mechanicsburg, PA
17055 (717) 795-9350
Fax: 717-691-6636

Bestautosales1@gmail.com

## Certificate of Nonconcurrence

  **I Keith Dougherty do hereby certify by phone conversation with U.S. Food Inc. Counsel Brian Watson does not concur.**

**/S/Keith Dougherty**

# IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

R. Michael Best pro se       :
Keith Dougherty pro se       :
President/Secretary of CUC of MD  :
Inc. Maryland Close Corp (S Corp)  :
(Director) of Ken & Jim CUC Inc.   :
Wholly owned subsidiary of CUC of :
 MD Inc.                 :
Docson Consulting LLC (SMLLC)  :
                           :

       **Plaintiff(s),**       :
                           :
                           : **Civil Action NO: 1: 14-CV-922**
       **v.**             :        **14-CV-480**
                           :

**US Foods Inc. Delaware Division** :
**Cluck U Corp**             :
**JP Haddad**               :
**Richard Daniels**          :
**Curtis Property Management aka** :
**"the landlord"**            :
                           :
**Cumberland County Sheriff's**   :
**Department; Cumberland County** :
**Prothonotary**            :
                           :
**President Judge Hess Cumberland** :
**County Common Pleas**      : **Frederick Motz (Judge)**
**Judge Bratton Dauphin County**  :
**Common Pleas**         :
                           :      **Filed Electronically**
                           :
       **Defendant(s),**      :
                           :      **Jury Trial Demanded**
                           :

_____

## Order

_____

## DEFAULT

**AND NOW on this\_\_\_\_\_ day of June 2014, DEFAULT is hereby entered against defendant Richard Daniels for failure to plead or otherwise defend pursuant to Rule 55(a) Federal Rules of Civil Procedure.**

**Richard Daniels**
**Daniels & Daniels LLC**
**7309 Baltimore Ave Suite 217**
**College Park MD 20740-3200**

_____

**Frederick Motz (Judge)**

## Certification of Service

**I Keith Dougherty doe hereby certify a copy of the foregoing was served by 1st class mail prepaid and by ECF where indicated;**

**College Park LLC**
**Curtis Property Management**
**5620 Linda Ln,**

By ECF;

Colin S. Haviland
Legal Counsel
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
colin.haviland@pacourts.us
(v) 215.560.6300
(f) 215.560.5486

Joseph M. Cincotta, Esquire
(Attorney I.D. No. 31844) Stephen J. Finley, Esquire (Attorney I.D. No. 200890) GIBBONS P.C.
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2769
Tel:   215-665-0400
Fax:  215-636-0366
jcincotta@gibbonslaw.com    sfinley@gibbonslaw.com

Kathleen A. Stimeling, Esquire
(PHV to be filed) SCHIFF HARDIN LLP One Market
Spear Street Tower, Suite 3200
San Francisco, CA 94105
Tel:   415-901-8712
Fax:  415-901-8701
KStimeling@schiffhardin.com

Brian 0. Watson, Esquire
(PHV pending)
SCHIFF HARDIN LLP
233 S. Wacker Dr. Suite 6600
Chicago, IL  60606
Tel:   312-258-5845
Fax:  312-258-5600
BWatson@schiffhardin.com

Attorneys for Defendant

US Foods, Inc., improperly sued as
US Foods Inc. Delaware Division

**EDWIN A.D. SCHWARTZ, ESQUIRE**
**Attorney ID 75902**
**NICOLE M. EHRHART, ESQUIRE**
**Attorney ID 2000538**
**100 Corporate Center Road, Suite 201**
**Camp Hill, PA 17011**
**(717) 651-3700**
**easchwartz@mdwcg.com**

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**/s/Timothy J. McMahon**
**Timothy J. McMahon, Esquire**
**I.D. No. 52918**
**100 Corporate Center Drive, Suite 201**
**Camp Hill, PA 17011**
**(717) 651-3505**
**tjmcmahon@mdwcg.com**

**WILLIAM  J. FERREN & ASSOCIATES**

**Leticia J. Santiago Leticia J. Santiago, Esquire Attorney**
 **Attorney ID# 308519**
**10 Sentry Parkway,  Suite 301**
**Blue Bell, PA  19422 (215) 274-1724**
**(215) 274-1735- Fax**
**Email: ljsantia@travelers.com**

**Joshua D. Bonn**
**jbonn@nssh.com** , **klfarhat@nssh.com**