# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. Michael Best | : |
| Keith Dougherty | : |
| Docson Consulting LLC (SMLLC) | : |
| Keith Dougherty Investments & Consulting | : |
| LLC (SMLLC) | : |
| | : |
| | : |
| **Plaintiff(s),** | : Civil Action NO: 1:14-CV-922 |
| | : |
| v. | : |
| **U.S. Food Inc et al** | : |
| | : |
| | :             **Frederick Motz (Judge)** |
| | : |
| | :             **Filed Electronically** |
| | : |
| | : |
| **Defendant(s),** | : |
| | :             **Jury Trial Demanded** |
| | : |
| | : |
| | : |

_____

**Plaintiff's Motion to Enter Default against Curtis Property Management**
_____

**And now comes Keith Dougherty and R. Michael Best pro se and seek to Enter Default against Curtis Property Management for Failure to Plead or Defend in accord with Fed.R.Civ.P 55(a)**

**Acting Clerk Gary L. Hollinger**
**United States District Court**
**Middle District of Pennsylvania**


1.      As Defendant was properly served 5/22/2014 a "responsive

pleading was due no later than 6/12/2014.

2. Summons Return Executed was entered in the Record as of 6/4/2014 Doc 22.

Respectfully Submitted,

Keith Dougherty, CFP®, CLU®, IAR, EA
Sole Member Keith Dougherty Investments & Consulting LLC
8075 Manada View Drive
Harrisburg, PA 17112-9383
866-391-7295
keithdoughertycfp@comcast.net

R. Michael Best
6493 Carlisle Pike
Mechanicsburg, PA
17055 (717) 795-9350
Fax: 717-691-6636

Bestautosales1@gmail.com

# IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. Michael Best pro se | : |
| Keith Dougherty pro se | : |
| President/Secretary of CUC of MD | : |
| Inc. Maryland Close Corp (S Corp) | : |
| (Director) of Ken & Jim CUC Inc. | : |
| Wholly owned subsidiary of CUC of | : |
| MD Inc. | : |
| Docson Consulting LLC (SMLLC) | : |
| | : |
| **Plaintiff(s),** | : |
| | : |
| | : Civil Action NO: 1: 14-CV-922 |
| v. | :         14-CV-480 |
| | : |
| **US Foods Inc. Delaware Division** | : |
| **Cluck U Corp** | : |
| **JP Haddad** | : |
| **Richard Daniels** | : |
| **Curtis Property Management aka** | : |
| **"the landlord"** | : |
| | : |
| **Cumberland County Sheriff's** | : |
| **Department; Cumberland County** | : |
| **Prothonotary** | : |
| | : |
| **President Judge Hess Cumberland** | : |
| **County Common Pleas** | : Frederick Motz (Judge) |
| **Judge Bratton Dauphin County** | : |
| **Common Pleas** | : |
| | :           **Filed Electronically** |
| | : |
| **Defendant(s),** | : |
| | :           **Jury Trial Demanded** |
| | : |

_____

## Order
_____

1

## DEFAULT

**AND NOW on this\_\_\_\_\_ day of June 2014, DEFAULT is hereby entered against defendant Curtis Property Management for failure to plead or otherwise defend pursuant to Rule 55(a) Federal Rules of Civil Procedure.**

**Curtis Property Management
5620 Linda Ln,
Camp Springs, MD 20748-2300
(301) 702-3200**

_____

**Gary Hollinger (Clerk)**

## Certification of Service

I Keith Dougherty doe hereby certify a copy of the foregoing was served by 1st class mail prepaid and by ECF where indicated;

**College Park LLC**
**Curtis Property Management**
**5620 Linda Ln,**

3

**By ECF;**

**Colin S. Haviland**
**Legal Counsel**
**Supreme Court of Pennsylvania**
**Administrative Office of PA Courts**
**1515 Market Street, Suite 1414**
**Philadelphia, PA 19102**
**colin.haviland@pacourts.us**
**(v) 215.560.6300**
**(f) 215.560.5486**

**Joseph M. Cincotta, Esquire**
**(Attorney I.D. No. 31844) Stephen J. Finley, Esquire (Attorney I.D. No. 200890) GIBBONS P.C.**
**1700 Two Logan Square**
**18th & Arch Streets**
**Philadelphia, PA 19103-2769**
**Tel:   215-665-0400**
**Fax:   215-636-0366**
**jcincotta@gibbonslaw.com   sfinley@gibbonslaw.com**

**Kathleen A. Stimeling, Esquire**
**(PHV to be filed) SCHIFF HARDIN LLP One Market**
**Spear Street Tower, Suite 3200**
**San Francisco, CA 94105**
**Tel:   415-901-8712**
**Fax:   415-901-8701**
**KStimeling@schiffhardin.com**

**Brian 0. Watson, Esquire**
**(PHV pending)**
**SCHIFF HARDIN LLP**
**233 S. Wacker Dr. Suite 6600**
**Chicago, IL  60606**
**Tel:   312-258-5845**
**Fax:   312-258-5600**
**BWatson@schiffhardin.com**

4

**Attorneys for Defendant**
**US Foods, Inc., improperly sued as**
**US Foods Inc. Delaware Division**

**EDWIN A.D. SCHWARTZ, ESQUIRE**
**Attorney ID 75902**
**NICOLE M. EHRHART, ESQUIRE**
**Attorney ID 2000538**
**100 Corporate Center Road, Suite 201**
**Camp Hill, PA 17011**
**(717) 651-3700**
**easchwartz@mdwcg.com**

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**/s/Timothy J. McMahon**
**Timothy J. McMahon, Esquire**
**I.D. No. 52918**
**100 Corporate Center Drive, Suite 201**
**Camp Hill, PA 17011**
**(717) 651-3505**
**tjmcmahon@mdwcg.com**

**WILLIAM J. FERREN & ASSOCIATES**

**Leticia J. Santiago Leticia J. Santiago, Esquire Attorney**
 **Attorney ID# 308519**
**10 Sentry Parkway, Suite 301**
**Blue Bell, PA 19422 (215) 274-1724**
**(215) 274-1735- Fax**
**Email: ljsantia@travelers.com**

**Joshua D. Bonn**
**jbonn@nssh.com   , klfarhat@nssh.com**

5