IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. MICHAEL BEST, ET AL | * | |
| | * | |
| v. | * | Civil No. JFM-14-922 |
| | * | |
| US FOODS INC., ET AL. | * | |
| | ***** | |

**MEMORANDUM**

This is yet another action instituted by Keith Dougherty, on behalf of himself and other plaintiffs. As the Third Circuit has found, Dougherty is a "frequent and frequently vexatious litigator." This action is simply another iteration of his practice of filing vexatious litigation. The action will be dismissed.

First, the complaint fails to comply with the requirements of Fed. R. Civ. P. 8. Although Dougherty is proceeding *pro se*, he is an experienced litigant who, by this time, should know how to state facts that support his claim and to do so in a reasonably succinct manner.

Second, plaintiffs' claims against Judge Hess and Judge Bratton are barred by the Eleventh Amendment and by the doctrine of judicial immunity. Thus, assuming that they have been properly served, plaintiffs have stated no viable claim against them.

Third, it appears that this court lacks personal jurisdiction over Curtis Property Management Corporation.

A separate order is being entered herewith dismissing this action.


Date: July 2, 2014          __/s/_____
                            J. Frederick Motz
                            United States District Judge