IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. MICHAEL BEST, ET AL | * | |
| | * | |
| v. | * | Civil No. JFM-14-922 |
| | * | |
| US FOODS INC., ET AL. | * | |
| | ***** | |

## **ORDER**

For the reasons stated in the accompanying memorandum, it is, this 2nd day of July 2014

ORDERED that this action be dismissed with prejudice. This ruling moots all of the other pending motions.

\_\_\_/s/_____
J. Frederick Motz
United States District Judge