# IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. Michael Best | : |
| Keith Dougherty | : |
| Docson Consulting LLC (SMLLC) | : |
| Keith Dougherty Investments & Consulting | : |
| LLC (SMLLC) | : |
| | : |
| **Plaintiff(s),** | : Civil Action NO: 1:14-CV-922 |
| | : |
| v. | : |
| **U.S. Food Inc et al** | : |
| | :       **Frederick Motz (Judge)** |
| | : |
| | :       **Filed Electronically** |
| | : |
| **Defendant(s),** | : |
| | :       **Jury Trial Demanded** |

_____

**Plaintiff's Motion For Reconsideration of the 7/2/2014 "unconstitutional dismissal and or Recusal in the alternative"**

_____

**And now comes Keith Dougherty and R. Michael Best pro se and seek to Enter Default against the Cumberland County Sheriff, Cumberland County Prothonotary, Curtis Property Management, as well as U.S. Foods Inc., Robert Kodak, RICHARD Daniels for "procedural default" related to Rhino v. Berg Manufacturing;**

**Frederick Motz has exceeded the In Re Antar standard due to his "misplaced reliance on LR 101(a) from the District Court of MD" (never applicable in the Middle District of PA) now invalidated by Hobby Lobby as of 6/30/2014.**

1

**Respectfully Submitted,**

*[signature]*

**Keith Dougherty, CFP®, CLU®, IAR, EA**
**Sole Member Keith Dougherty Investments & Consulting LLC**
**8075 Manada View Drive**
**Harrisburg, PA 17112-9383**
**866-391-7295**
keithdoughertycfp@comcast.net

*[signature]*

R. Michael Best
6493 Carlisle Pike
Mechanicsburg, PA
17055 (717) 795-9350
Fax: 717-691-6636

Bestautosales1@gmail.com

**Colin S. Haviland**
Legal Counsel
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
colin.haviland@pacourts.us
(v) 215.560.6300
(f) 215.560.5486

**Joseph M. Cincotta, Esquire**
(Attorney I.D. No. 31844) Stephen J. Finley, Esquire (Attorney I.D. No. 200890) GIBBONS P.C.
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2769
Tel:   215-665-0400
Fax:   215-636-0366
jcincotta@gibbonslaw.com   sfinley@gibbonslaw.com

**Kathleen A. Stimeling, Esquire**
(PHV to be filed) SCHIFF HARDIN LLP One Market
Spear Street Tower, Suite 3200
San Francisco, CA 94105
Tel:   415-901-8712
Fax:   415-901-8701
KStimeling@schiffhardin.com

**Brian 0. Watson, Esquire**
(PHV pending)
SCHIFF HARDIN LLP
233 S. Wacker Dr. Suite 6600
Chicago, IL  60606
Tel:   312-258-5845
Fax:   312-258-5600
BWatson@schiffhardin.com

**Attorneys for Defendant**
**US Foods, Inc., improperly sued as**
**US Foods Inc. Delaware Division**

**EDWIN A.D. SCHWARTZ, ESQUIRE**
**Attorney ID 75902**
**NICOLE M. EHRHART, ESQUIRE**
**Attorney ID 2000538**
**100 Corporate Center Road, Suite 201**
**Camp Hill, PA 17011**
**(717) 651-3700**
easchwartz@mdwcg.com

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
/s/Timothy J. McMahon
**Timothy J. McMahon, Esquire**
**I.D. No. 52918**
**100 Corporate Center Drive, Suite 201**
**Camp Hill, PA 17011**
**(717) 651-3505**
tjmcmahon@mdwcg.com

**WILLIAM  J. FERREN & ASSOCIATES**

**Leticia J. Santiago Leticia J. Santiago, Esquire Attorney**
 **Attorney ID# 308519**
**10 Sentry Parkway,  Suite 301**
**Blue Bell, PA   19422 (215) 274-1724**
**(215) 274-1735- Fax**
**Email:** ljsantia@travelers.com

**Joshua D. Bonn**
jbonn@nssh.com   , klfarhat@nssh.com