**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. MICHAEL BEST *et al.*, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | No. 1:14-cv-00922-JFM |
| v. | : | |
| | : | Honorable J. Frederick Motz |
| US FOODS, INC. *et al.*, | : | |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

**DEFENDANT US FOODS, INC.'S
JOINDER IN OPPOSITION TO PLAINTIFFS'
MOTION FOR RECONSIDERATION**

Defendant US Foods, Inc. ("US Foods"), improperly sued as US Foods Inc. Delaware Division, joins and adopts the arguments in Defendant Robert D. Kodak's Brief in Opposition to Plaintiffs' Motion for Reconsideration of the Court's July 7, 2014 Order (ECF No. 73), President Judge Hess and Judge Bratton's Brief in Opposition of Plaintiffs' Motion for Reconsideration (ECF No. 74), and Defendants Cluck-U Corp. and J.P. Haddad's Brief in Opposition to Plaintiff's Motion for Reconsideration of Court's July 7, 2014 Order (ECF No. 75) because those arguments apply equally to US Foods and in the interest of judicial economy.

For those reasons, Plaintiffs' Motion for Reconsideration (ECF No. 71) should be denied.

Dated:  July 30, 2014                    Respectfully submitted,

By:/s/ Brian O. Watson
      Joseph M. Cincotta, Esquire
      (Attorney I.D. No. 31844)
      GIBBONS P.C.
      1700 Two Logan Square
      18th & Arch Streets
      Philadelphia, PA 19103-2769
      Tel:  215-665-0400
      Fax:  215-636-0366
      jcincotta@gibbonslaw.com

      Kathleen A. Stimeling, Esquire
      (PHV pending)
      SCHIFF HARDIN LLP
      One Market
      Spear Street Tower, Suite 3200
      San Francisco, CA  94105
      Tel:  415-901-8712
      Fax:  415-901-8701
      kstimeling@schiffhardin.com

      Brian O. Watson, Esquire
      (PHV admitted)
      SCHIFF HARDIN LLP
      233 S. Wacker Dr. Suite 6600
      Chicago, IL  60606
      Tel:  312-258-5845
      Fax:  312-258-5600
      bwatson@schiffhardin.com

      *Attorneys for Defendant US Foods,*
      *Inc. improperly sued as US Foods*
      *Inc. Delaware Division*