# IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. Michael Best | : | |
| Keith Dougherty | : | |
| Docson Consulting LLC (SMLLC) | : | |
| Keith Dougherty Investments & Consulting | : | |
| LLC (SMLLC) | : | |
| | : | |
| | : | |
| **Plaintiff(s),** | **: Civil Action NO: 1:14-CV-922** | |
| | : | |
| **v.** | : | |
| **U.S. Food Inc et al** | : | |
| | : | **Frederick Motz (Judge)** |
| | : | |
| | : | **Filed Electronically** |
| | : | |
| | : | |
| **Defendant(s),** | : | |
| | : | **Jury Trial Demanded** |
| | : | |
| | : | |
| | : | |

_____

### Plaintiff's Notice of Appeal
_____

**And now comes Keith Dougherty pro se and files this notice of appeal of the Court's order denying Reconsideration Phoned in 9/30/2014.**

**Respectfully Submitted,**

**Keith Dougherty, CFP®, CLU®, IAR, EA**
**Sole Member Keith Dougherty Investments & Consulting LLC**
**8075 Manada View Drive**
**Harrisburg, PA 17112-9383**
**866-391-7295**

**Certification of Service**

**I Keith Dougherty doe hereby certify a copy of the foregoing was served by ECF where indicated;**

**Colin S. Haviland**
**Legal Counsel**
**Supreme Court of Pennsylvania**
**Administrative Office of PA Courts**
**1515 Market Street, Suite 1414**
**Philadelphia, PA 19102**
**colin.haviland@pacourts.us**
**(v) 215.560.6300**
**(f) 215.560.5486**

**Joseph M. Cincotta, Esquire**
**(Attorney I.D. No. 31844) Stephen J. Finley, Esquire (Attorney I.D. No. 200890) GIBBONS P.C.**
**1700 Two Logan Square**
**18th & Arch Streets**
**Philadelphia, PA 19103-2769**
**Tel:   215-665-0400**
**Fax:   215-636-0366**
**jcincotta@gibbonslaw.com   sfinley@gibbonslaw.com**

**Kathleen A. Stimeling, Esquire**
**(PHV to be filed) SCHIFF HARDIN LLP One Market**
**Spear Street Tower, Suite 3200**
**San Francisco, CA 94105**
**Tel:   415-901-8712**
**Fax:   415-901-8701**
**KStimeling@schiffhardin.com**

**Brian 0. Watson, Esquire**
**(PHV pending)**
**SCHIFF HARDIN LLP**
**233 S. Wacker Dr. Suite 6600**
**Chicago, IL  60606**
**Tel:   312-258-5845**

**Fax:   312-258-5600**
**BWatson@schiffhardin.com**

**Attorneys for Defendant**
**US Foods, Inc., improperly sued as**
**US Foods Inc. Delaware Division**

**EDWIN A.D. SCHWARTZ, ESQUIRE**
**Attorney ID 75902**
**NICOLE M. EHRHART, ESQUIRE**
**Attorney ID 2000538**
**100 Corporate Center Road, Suite 201**
**Camp Hill, PA 17011**
**(717) 651-3700**
**easchwartz@mdwcg.com**

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**/s/Timothy J. McMahon**
**Timothy J. McMahon, Esquire**
**I.D. No. 52918**
**100 Corporate Center Drive, Suite 201**
**Camp Hill, PA 17011**
**(717) 651-3505**
**tjmcmahon@mdwcg.com**

**WILLIAM  J. FERREN & ASSOCIATES**

**Leticia J. Santiago Leticia J. Santiago, Esquire Attorney**
** Attorney ID# 308519**
**10 Sentry Parkway,  Suite 301**
**Blue Bell, PA  19422 (215) 274-1724**
**(215) 274-1735- Fax**
**Email: ljsantia@travelers.com**

**Joshua D. Bonn**
**jbonn@nssh.com  , klfarhat@nssh.com**